| | |
|---|---|
| 1 | Harry G. Lewis (SBN 157705)<br>**CORNERSTONE LAW GROUP**<br>575 Market Street, Suite 3050<br>San Francisco, California 94105<br>(415) 974-1900<br>(415) 974-6433 [f]<br>hlewis@cornerlaw.com |

Attorneys for Defendant
QED ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SETH D. FRIEDMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>QED ASSOCIATES, LLC., a California Limited Liability Company; GTL MEDIA, INC., a California Corporation; BLUBOX GAMES, INC.; PHILIPPE ER WIN, an Individual; EDWARD MOALEM, an Individual; and Does 1 to 50, inclusive,<br><br>Defendants. | Case No:<br><br>**(Los Angeles County Superior Court Case No. BC645345)**<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§1331, 1441 and 1446** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF SETH D. FRIEDMAN AND HIS ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Defendant QED ASSOCIATES, LLC ("Defendant") hereby removes the above-entitled action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446.

1. On December 30, 2016, Plaintiff Seth D. Friedman ("Plaintiff") filed a Complaint for Declaratory Relief and Damages against defendants in the Los Angeles County Superior Court, Case No. BC645345 ("Complaint"). Plaintiff alleges claims in the Complaint arising under federal law. Attached hereto is a true and correct copy of the Complaint.

2. Plaintiff has not served the Summons and Complaint on the defendants. Only Defendant files this Notice of Removal; the other defendants are not joined in this removal because they have not yet been served by Plaintiff.

3. Pursuant to 28 U.S.C. § 1446(d), the documents attached hereto constitute all process, pleadings and orders served on Defendants or filed or received by Defendants in this action.

4. A Case Management Conference is currently scheduled for April 27, 2017 in Department 28 of the Los Angeles County Superior Court. To Defendant's knowledge, no proceedings related hereto have been heard in Los Angeles County Superior Court.

5. This Notice of Removal is timely because it is filed prior to the service of the Summons and Complaint, and within one year from the commencement of this action. See 28 U.S.C. § 1446(b).

6. District courts shall have original jurisdiction over claims arising under federal law. 28 U.S.C. § 1331. This action is a civil action over which this Court has original jurisdiction based on a claim arising under federal law pursuant to 28 U.S.C. § 1331(a), and may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a), because Plaintiff alleges claims arising under 29 U.S.C. §§ 206 *et. seq*.

7. Venue lies in the Central District of California, Western Division, pursuant to 28 U.S.C. §§ 84(c), 1441(a), and 1446(a). Plaintiff originally brought this action in the Superior Court of the State of California, for the County of Los Angeles.

8. Contemporaneous with the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned is providing written notice of such filing to Plaintiff's counsel of record: Gerald Edwin Rush II, Rush Law and Consulting, APC, 333 S. Grand Ave Ste 450, Los Angeles CA 90071. A copy of this Notice of Removal of Action will also be filed with the Clerk of the Superior Court of the State of California, for the County of Los Angeles.

WHEREFORE, Defendant prays that the Court remove this action from the Superior Court of the State of California, for the County of Los Angeles, to the United States District Court for the Central District of California.

Date: February 3, 2017	CORNERSTONE LAW GROUP

By: /s/ Harry G. Lewis
Harry G. Lewis
Attorneys for Defendants
QED ASSOCIATES, LLC

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28	CASE NO.
U.S.C. §§1331, 1441 and 1446